IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLIED SYSTEMS, LTD. (L.P.) and
ALLIED AUTOMOTIVE GROUP, INC.,

    Plaintiffs,

v.

    Case No. 10-cv-66-wmc

INTERNATIONAL UNION, UNITED
AUTOMOBILE, AEROSPACE, and
AGRICULTURAL IMPLEMENT WORKERS
OF AMERICA, and its LOCAL NO. 95,
GORDON RINGHAND, DUANE HARTZLER,
and EDWARD ZOELLICK, individually and
as the representatives of the defendant
class,

    Defendants.

## JUDGMENT

Pursuant to the court's February 17, 2011 order on summary judgment,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs Allied Systems, LTD. (L.P.) and Allied Automotive Group, Inc. declaring that (1) their collective bargaining agreements (CBAs) with defendant unions do not provide "vested" welfare benefits that survive termination of the CBAs, and (2) the individual defendant's welfare benefits ended upon termination of the CBAs.

Approved as to form this 3rd day of March, 2011.

_____
WILLIAM M. CONLEY, District Judge

_____    3/4/11
Peter Oppeneer, Clerk of Court    Date